HENRY YOUDS, Respondent, v. PINAUD, INC., et al., Appellants.— 

 Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

## (November 30, 1942.)

ELAINE F. GLICKMAN, as Administratrix of the Estate of CELIA KATZ, Deceased, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.—

 Under these circumstances, the contract never had a valid inception. (*Goldman* v. *New York Life Ins. Co.*, 152 Misc. Rep. 289; affd., without opinion, 242 App. Div. 665; *New York Life Ins. Co.* v. *Watkin*, 229 App. Div. 211; [First Department], affd. without opinion, 256 N. Y. 618; *Polachek* v. *New York Life Ins. Co.*, 151 Misc. Rep. 172; affd. without opinion, 243 App. Div. 692; leave to appeal denied, 267 N. Y. xxxix.) The breach of warranty was material as it deprived the insurer of an opportunity to determine whether to accept or reject the application. (*Geer* v. *Union Mutual Life Ins. Co.*, 273 N. Y. 261.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

In the Matter of HENRY F. HESSION as Administrator of the Estate of CARRIE HESSION, Deceased, Respondent. GRACE A. HESSION, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.